Núm. 8709.—Martínez et al., apltes. *v.* Martínez et als., apldos. —C. D. Arecibo. Filiación, etc. Abril 6, 1943.

Por cuanto, con fecha 18 de abril de 1942 se radicó en este caso el escrito de apelación, concediéndose un término de 20 días para presentar la transcripción de evidencia;

Por cuanto, expirado dicho término la corte inferior concedió a los demandantes apelantes una prórroga de cuarenta días con el mismo fin;

Por cuanto, desde entonces, y no obstante el tiempo transcurrido, los apelantes no han radicado dicha transcripción en la corte inferior ni solicitado prórroga para ello;

Por cuanto, los apelados solicitaron la desestimación del recurso, entre otros motivos por falta de diligencia en su prosecución;

Por cuanto, señalada la vista de la moción de los demandados apelados, los demandantes apelantes no comparecieron a sostener su recurso;

Por tanto, vistos los autos de este caso y el artículo 59 del Reglamento de este Tribunal, se declara con lugar la moción de los apelados y se desestima el recurso por falta de diligencia.